

1  BRENDA H. ENTZMINGER
   Nevada Bar No. 9800
2  PHILLIPS, SPALLAS & ANGSTADT LLC
   504 South Ninth Street
3  Las Vegas, Nevada 89101
   (702) 938-1510
4
   *Attorneys for Defendant*
5  *Wal-Mart Stores, Inc.*

6                    UNITED STATES DISTRICT COURT

7                        DISTRCT OF NEVADA

8
   DEBORAH LINCOLN, an individual,        )   Case No.: 2:10-cv-02189-LDG-GWF
9                                         )
                    Plaintiff,            )
10                                        )
   v.                                     )
11                                        )   **STIPULATION AND ORDER FOR**
   WAL-MART  STORE  1584, WAL-MART        )   **DISMISSAL WITH PREJUDICE**
12 STORES, INC., and DOES 1 through 100,  )
   and  ROE  CORPORATIONS  101 through    )
13 200,                                   )
                                          )
14                  Defendants.           )
15                                        )
                                          )
16 _____)

17        IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective

18 counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear his

19 //

20 //

21 //

22 //

23 //

24 //

25 //

26 //

27 //

28

1  or her own costs and attorney's fees.

2  DATED this 15 day of September, 2011.        DATED this 30th day of September 2011.

3  **BERNSTEIN & POISSON**                       **PHILLIPS, SPALLAS & ANGSTADT, LLC**

4  /s/ Christopher Burk  *Nelie/ BTH 12132*      /s/ Brenda Entzminger
5  Christopher D. Burk, Esq.        *for*        Brenda H. Entzminger
   320 South Jones Boulevard                     504 South Ninth Street
6  Las Vegas, Nevada 89107                       Las Vegas, Nevada 89101
7  (702) 256-4566                                (702) 938-1510

8  *Attorneys for Plaintiff*                     *Attorneys for Defendant*

9

10                              **ORDER**

11      PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel,

12  it is hereby:

13      ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed,

14  with prejudice each party to bear their own costs and attorney's fees.

15      DATED this 22 day of Sept, 2011.

16

17

18  _____
    DISTRICT COURT JUDGE

19

20  Respectfully submitted by:

21  **PHILLIPS, SPALLAS & ANGSTADT, LLC**

22  /s/ Brenda Entzminger
23  BRENDA H. ENTZMINGER
    Nevada Bar No. 9800
24  504 South Ninth Street
    Las Vegas, Nevada 89101
25  (702) 938-1510
    *Attorneys for Defendant*
26  *Wal-Mart Stores, Inc.*

27

28