1  BRENDA H. ENTZMINGER
   Nevada Bar No. 9800
2  PHILLIPS, SPALLAS & ANGSTADT LLC
   504 South Ninth Street
3  Las Vegas, Nevada 89101
   (702) 938-1510
4
   *Attorneys for Defendant*
5  *Wal-Mart Stores, Inc.*

6
                    UNITED STATES DISTRICT COURT
7
                       DISTRCT OF NEVADA
8

9  DEBORAH LINCOLN, an individual,        )   Case No.: 2:10-cv-02189-LDG-GWF
                                           )
10                 Plaintiff,              )
       v.                                  )
11                                         )   **STIPULATION AND ORDER FOR**
   WAL-MART STORE 1584, WAL-MART           )   **DISMISSAL WITH PREJUDICE**
12 STORES, INC., and DOES 1 through 100,   )
   and ROE CORPORATIONS 101 through        )
13 200,                                    )
                                           )
14                 Defendants.             )
                                           )
15                                         )
                                           )
16 _____ )

17     IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective

18 counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear his

19 //

20 //

21 //

22 //

23 //

24 //

25 //

26 //

27 //

28

or her own costs and attorney's fees.

DATED this 15 day of September, 2011.       DATED this 30th day of September, 2011.

**BERNSTEIN & POISSON**                      **PHILLIPS, SPALLAS & ANGSTADT, LLC**

/s/ Christopher Burk                          /s/ Brenda Entzminger
Christopher D. Burk, Esq.                     Brenda H. Entzminger
320 South Jones Boulevard                     504 South Ninth Street
Las Vegas, Nevada 89107                       Las Vegas, Nevada 89101
(702) 256-4566                                (702) 938-1510

*Attorneys for Plaintiff*                     *Attorneys for Defendant*

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice each party to bear their own costs and attorney's fees.

DATED this 22 day of Sept, 2011.

_____
DISTRICT COURT JUDGE

Respectfully submitted by:

**PHILLIPS, SPALLAS & ANGSTADT, LLC**

/s/ Brenda Entzminger
BRENDA H. ENTZMINGER
Nevada Bar No. 9800
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*